# United States Court of Appeals
### For the Eighth Circuit

_____

No. 17-1389

_____

United States of America

*Plaintiff - Appellee*

v.

Kimberly A. Edwards, also known as Kimberly Edwards

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Davenport

_____

Submitted: December 6, 2017
Filed: December 11, 2017
[Unpublished]

_____

Before WOLLMAN, LOKEN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Kimberly Edwards directly appeals the below-Guidelines-range sentence the district court[1] imposed after she pled guilty to participating in a drug conspiracy. Her

_____

[1]The Honorable Michael Melloy, United States Circuit Judge, sitting by designation as United States District Judge for the Southern District of Iowa.

counsel has moved for leave to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), questioning the reasonableness of Edwards's sentence.

Having considered Edwards's arguments, we conclude that the district court did not impose an unreasonable sentence. <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (reviewing sentence under deferential abuse-of-discretion standard); <u>see also</u> <u>United States v. Lazarski</u>, 560 F.3d 731, 733 (8th Cir. 2009) (where district court varied downward from Guidelines range, it was "nearly inconceivable" that court abused its discretion in not varying further). In addition, having independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no non-frivolous issues for appeal. Accordingly, we grant counsel's motion to withdraw. The judgment is affirmed.

_____